DORIS BROWNLEY et al., Appellants, v ROBERT DOAR, as Commissioner of the New York State Office of Temporary and Disability Assistance, Respondent, et al., Defendants.

Submitted November 24, 2008; decided December 16, 2008

Motion by Community Service Society of New York et al. for leave to file a brief amici curiae on the appeal herein granted. Two copies of the brief must be served and 24 copies filed within seven days.

PAULA FASSO et al., Respondents, and INDEPENDENT HEALTH ASSOCIATION, INC., Intervenor-Appellant, v RALPH J. DOERR, M.D., Respondent.

Submitted December 1, 2008; decided December 16, 2008

Motion by the New York State Health Plan Association, Inc. for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief must be served and 24 copies filed within seven days.

GOLDEN GATE YACHT CLUB, Appellant, v SOCIÉTÉ NAUTIQUE DE GENÈVE, Respondent, and CLUB NÁUTICO ESPAÑOL DE VELA, Intervenor-Defendant.

Submitted December 1, 2008; decided December 16, 2008

Motion by Team French Spirit et al. for leave to file a brief amici curiae on the appeal herein granted. Two copies of the brief must be served and 24 copies filed within seven days.

GOLDEN GATE YACHT CLUB, Appellant, v SOCIÉTÉ NAUTIQUE DE GENÈVE, Respondent, and CLUB NÁUTICO ESPAÑOL DE VELA, Intervenor-Defendant.

Submitted December 8, 2008; decided December 16, 2008

Motion by City of Valencia, Spain for leave to appear amicus curiae on the appeal herein granted only to the extent that the